# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TRU MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:17-cv-0161 |
| v. ) | Judge Levy |
| ) | Magistrate Judge Holmes |
| RUTHERFORD COUNTY SCHOOL ) | |
| BOARD, et al., ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO APPROVE MINOR SETTLEMENT

Come now the parties, by and through the undersigned counsel, who request of the court approval of a settlement in this cause as to all defendants and all causes of action for the benefit and on behalf of the minor child, plaintiff. In support of this motion, it will be shown unto the court the following:

1. Plaintiff and Defendants have reached a negotiated settlement as to all claims against all Defendants which incorporates a total payment in satisfaction of the alleged and disputed claims in the sum of $15,000.00.

2. Pursuant to the contract and agreement existing between Plaintiff and his retained counsel, counsel would receive the total sum of $7,156.58, which is inclusive of all attorney's fees ($5,000.00) as well as expenses and costs ($2,156.58).

3. The mother of the minor child, Tru Moore, would respectfully submit and request the release and utilization of $7,843.42[1] of such funds by the mother for the immediate use and benefit of the minor child pursuant to T.C.A. § 34-1-104(c).

4. Plaintiff and mother of the minor child, Tru Moore, pursuant to their signatures upon the release and settlement agreements (not to be filed with the court), acknowledged their agreement and approval of the attorneys' fees as further supported by the time sheets and affidavits of their retained counsel.

**WHEREFORE,** plaintiffs respectfully request that this matter be set upon the court's docket at the earliest opportunity and that the court approve the settlement of this cause on behalf and in the best interest of the minor child.

Respectfully submitted,

**WILLIAM B. HICKY, ATTORNEY AT LAW**

/s/ William B. Hicky
William B. Hicky, BPR# 25452
Two American Center
3102 West End Avenue, Suite 400
Nashville, TN 37203
Telephone:   (615) 324-8777
Facsimile:    (615) 691-8818
E-mail:        will@hickylaw.com

**THOMAS F. MINK & ASSOCIATES, PLLC**

/s/ Thomas F. Mink, II
Thomas F. Mink, II, BPR #6067
219 Second Avenue North, Suite 400
P.O. Box 198742
Nashville, TN 37219-8742
Telephone:   (615) 256-0138
Facsimile:    (615) 730-5997

---

[1] This figure does not include the approximate $800.00 Plaintiff will be reimbursed through Defendants' payment of court costs. An addendum of the exact figures can be provided once all costs have been reimbursed and sent to Plaintiff.

E-mail: tmink@tfmlawadr.com
*Attorneys for Plaintiffs*
**HUDSON, REED & MCCREARY, PLLC**

/s/ Josh A. McCreary
Josh A. McCreary, #19498
16 Public Square North
Murfreesboro, TN
Telephone: (615) 893-5522
Facsimile: (615) 849-2135
E-mail: jmccreary@mborolaw.com
*Attorney for Defendants Rutherford County School Board, Rutherford County, TN, and Rutherford County Sheriff's Department*

**KIRK D. CATRON, JD**

/s/ Kirk Catron
Kirk D. Catron, BPR #23552
303 North Walnut Street
Murfreesboro, TN 37130
Telephone: (615) 225-5290
E-mail: kirkcatronlaw@gmail.com
*Attorneys for Defendant John Heath*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically through the Case Management/Electronic Case Filing (CM/ECF) system. Notice of this filing has been served via the CM/ECF system upon the following:

Josh A. McCreary, Esq.
16 Public Square North
Murfreesboro, TN 37130
E-mail: jmccreary@mborolaw.com

Kirk D. Catron, Esq.
303 North Walnut Street
Murfreesboro, TN 37130
E-mail: kirkcatronlaw@gmail.com

on this the 30th day of July, 2018.

/s/ William B. Hicky
William B. Hicky